FILED
CLERK, U.S. DISTRICT COURT

JUL 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHANH LUONG,<br><br>       Petitioner,<br><br>   v.<br><br>BEN CURRY, Warden,<br><br>       Respondent. | Case No. CV 06-5317-JVS(AJW)<br><br><br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to calculate petitioner's prison term and set a release date in accordance with California Penal Code § 3041(a) date within thirty (30) days of the date of entry of judgment. If that release date has passed, respondent shall release petitioner on parole forthwith.

Dated: 7.29.10

James V. Selna
United States District Judge